# Court of Appeals
# of the State of Georgia

ATLANTA,   May 17, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1767.   SCREENIVASULU REDDY GANGASANI et al. v. SUGEIDY MARTINEZ.**

On June 5, 2012, the trial court entered judgment in favor of Sugeidy Martinez and against defendants Screenivasulu Reddy Gangasani and Cardiovascular Group, P. C., in this civil action.  The defendants filed a consent motion for an extension of time in which to file a motion for new trial.  The trial court granted the motion, ruling that the defendants could file a motion for new trial up to 20 days after the trial transcript was filed with the court.  On November 1, 2012, the defendants filed a motion for new trial.  The court denied that motion, and on April 1, 2013, the defendants filed a notice of appeal to this Court.  We, however, lack jurisdiction.

Although the filing of a motion for new trial generally extends the deadline for filing a notice of appeal, such motion is not valid unless filed within 30 days after the entry of judgment.  See OCGA § 5-5-40 (a); *Jarrard v. Copeland*, 205 Ga. App. 20 (421 SE2d 84) (1992); *Wright v. Rhodes*, 198 Ga. App. 269 (401 SE2d 35) (1990). An untimely motion for new trial does not toll the time for filing a notice of appeal. *Jarrard*, supra.  Thus, the defendants' motion for new trial, filed 149 days after entry of the judgment, did not operate to extend the time for filing a notice of appeal.  And although the trial court purported to grant an extension of time for filing the motion for new trial, "[n]o extension of time shall be granted for the filing of motions for new trial or for judgment notwithstanding the verdict." OCGA § 5-6-39 (b); see also *Wal-Mart Stores v. Curry*, 206 Ga. App. 775, 776 (426 SE2d 581) (1992).

Accordingly, the defendants' notice of appeal, filed 300 days after entry of the judgment, is untimely. See OCGA § 5-6-38 (a). This appeal is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 05/17/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*